# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

Veronica L. Duffy United States Magistrate Judge Presiding

| | |
|---|---|
| Courtroom Deputy - DJP | Court Reporter – FTR #3 |
| Courtroom - SF #3 | Date – January 12, 2022 |
| Probation Officer: Roy Weber | |

### 4:22-MJ-00004-VLD-01

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>BILLY KNUTSON<br><br>Defendant. | Ann M. Hoffman<br><br><br><br><br>Matthew M. Powers |

TIME HEARING SCHEDULED TO BEGIN: 3:00 PM

TIME:
3:00 PM     Enter initial appearance on Complaint venued in the District of Columbia (their case 1:22-mj-00006) before the Hon. Veronica L. Duffy, US Magistrate Judge, Sioux Falls, SD.

    Defendant questioned by the Court.

    Reading of the charges held. Defendant advised of maximum penalties.

    Based on Defendant's financial affidavit, the Federal Public Defender was appointed to represent him.

    Defendant advised of his rights, including his rights under Rule 20.

    Defendant waived an identity hearing and a preliminary examination in this District.

    The Court accepts Defendant's waivers.

    Government is not seeking detention. The Court will enter a release order. Defendant advised of the time and date of his hearing in the District of Columbia.

                The Court reviews the conditions of release with the Defendant.
                The Defendant agrees to abide by the conditions of release.

                The Court reviews the consequences for violating the release order. Defendant states his understanding.

3:22 PM      Court in recess.