UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. BILLY KNUTSON, Defendant. | 4:22-MJ-00004-VLD<br><br>ORDER SETTING CONDITIONS OF RELEASE |
|---|---|

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant must not commit any offense in violation of federal, state, local, or tribal law while on release in this case.

(2) The defendant must immediately advise the court, defense counsel, and the U.S. Attorney in writing of any change in address or telephone number.

(3) The defendant must maintain regular contact with defense counsel and promptly respond to any inquiries from counsel.

(4) The defendant must appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

(5) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 34 U.S.C. § 40702.

(6) The defendant must keep all meetings with pretrial services as directed.

(7) The defendant must not leave the state of South Dakota without prior approval to do so from pretrial services except for the purpose of making court appearances in the District of Columbia.

(8) The defendant may not possess or use any controlled substance or narcotic drug unless it is a substance that has been validly prescribed by a medical doctor for the defendant's use. Marijuana is prohibited even if prescribed.

(9) The defendant must immediately submit to testing of his blood, breath, urine or sweat when asked to do so to detect the use of drugs. The defendant promises not to take any steps that are designed to mask the results of such testing or interfere with the testing.

(10) The defendant may not possess any weapons, firearms or ammunition.

(11) The defendant must submit to a pat-down search prior to future court appearances if asked to do so.

(12) The defendant must not have any contact or communication, directly or indirectly, with anyone who is an alleged victim, witness or co-defendant.

(13) The defendant must appear via Zoom in the District Court for the District of Columbia on Jan. 20, 2022 at 1:00 ~~a.m.~~/(p.m.) to make his initial appearance on the complaint in this matter. Eastern Standard Time (12:00 p.m. Central Standard Time)

**Advice of Penalties and Sanctions**

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

### Directions to United States Marshal

(X)  The defendant is ORDERED released after processing.

( )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

DATED this 12th day of January, 2022.

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge